UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

Civil Action No. 19-54-HRW-CJS

DOMINQUE RASHAN DUDLEY,                                          PLAINTIFF,

v.                                               **ORDER**

JEFF SMITH,                                                      DEFENDANT.

Plaintiff Dominique Rashan Dudley initiated this action with the filing of his pro se Civil Rights Complaint Under 42 U.S.C. § 1983. After initial screening by the undersigned, this matter was referred to the Magistrate Judge Candace J. Smith to conduct all further pretrial proceedings, including preparing proposed findings of fact and recommendations on any dispositive motions. The parties each filed Motions for Summary Judgment. [Docket Nos. 53 and 55].

By Report and Recommendation filed on March 1, 2022, Magistrate Judge Smith recommends that Defendant Jeffrey Smith's Motion for Summary Judgment be sustained, and that Plaintiff Dominique Rashan Dudley's Motion for Summary Judgment be overruled. [Docket No. 66].

There have been no objections to Magistrate Judge Smith's Report and Recommendation and the time for filing the same has passed.

After carefully considering the record, the Court finds the Report and Recommendation well taken and shall adopt the same as and for its own opinion.

Accordingly, **IT IS HEREBY ORDERED:**

(1) that the Magistrate Judge's Report and Recommendation [Docket No. 66] is hereby **APPROVED** and **ADOPTED** as and for the Court's opinion;

(2) that Defendant Jeffrey Smith's Motion for Summary Judgment [Docket No. 53] be **SUSTAINED**; and

(3) Plaintiff Dominique Rashan Dudley's Motion for Summary Judgment [Docket No. 55] be **OVERRULED**.

This 21st day of March 2022.

Signed By:
*Henry R Wilhoit Jr.*
United States District Judge